

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2020

No. 04-19-00737-CR

Aidan **VITELA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 5942
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The reporter's record was due to be filed with this court on February 1, 2020.  *See* Tex. R. App. P. 35.1.  After the due date, court reporter Kelly M. Grossman filed a notification of late record.  She requested a sixty-day extension of time to file the record.

The reporter's request for an extension of time to file the reporter's record is GRANTED IN PART.  *See id.* R. 35.3(c) (limiting an extension in a regular appeal to thirty days).  The reporter's record is due on March 2, 2020.  *See id.*

If the reporter's record is not filed with this court by March 2, 2020, any further requests for additional time to file the record must be accompanied by a signed, written status report.  The report must describe the transcript by day with the date, description, page counts, and remarks for each day.  The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks).  The report may describe any unusual aspects of the record.  The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the extended date.  A preferred form for the status report, with an accompanying example, is attached.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2020.



_____
Michael A. Cruz,
Clerk of Court